469 A.2d 291

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal
Denied March 26, 1984.

Submitted June 9, 1983. John H. Corbett, Jr., Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Affirmed.